THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SALMON BAY BARGE LINE, INC., AS OWNERS AND/OR OPERATORS OF THE TUG LUTHER OFFICIAL NUMBER 566412, AND THE BARGE LAFARGE TRADER OFFICIAL NUMBER 607612 FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:25-cv-01703-KKE<br><br>**ORDER DIRECTING PAYMENT OF SECURITY FOR COSTS** |

WHEREAS, pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.* and Rules F(1) and F(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Limitation Plaintiff Salmon Bay Barge Line, Inc., by and through its attorneys, Holmes Weddle & Barcott, have instituted a proceeding in this Court for limitation of and/or exoneration from liability as owners and/or operators of the Tug LUTHER (official number 566412), and Barge LAFARGE TRADER (official number 607612) (collectively the "Vessels"), with respect to an incident occurring on October 22, 2024 while the Vessels were in the Pacific Ocean near Neah Bay, Washington;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

ORDER DIRECTING PAYMENT OF SECURITY
FOR COSTS - 1
Case No. Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $500.00.

2. Limitation Plaintiff has complied with Supplemental Admiralty Rule F(1) and Local Supplemental Admiralty Rule 120(b) by depositing security for costs in the amount of five hundred dollars ($500), plus interest at the rate of six percent (6%) from the date of security.  This ruling is WITHOUT PREJUDICE to any claimant's demand that the deposit or security be increased in accordance with Supplemental Admiralty Rule F(7).

DATED this 21st day of October, 2025

*Kymberly K. Evanson*
───────────────────────────────
Kymberly K. Evanson
United States District Judge

ORDER DIRECTING PAYMENT OF SECURITY
FOR COSTS - 2
Case No. Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289