THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SALMON BAY BARGE LINE, INC., AS OWNERS AND/OR OPERATORS OF THE TUG LUTHER OFFICIAL NUMBER 566412, AND THE BARGE LAFARGE TRADER OFFICIAL NUMBER 607612 FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:25-cv-01703-KKE<br><br>**ORDER DIRECTING NOTICE AND PUBLICATION TO INTERESTED PARTIES, AND ENJOINING PROSECUTION OF CLAIMS** |

WHEREAS, pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.* and Rules F(1) and F(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Limitation Plaintiff Salmon Bay Barge Line, Inc., by and through its attorneys, Holmes Weddle & Barcott, have instituted a proceeding in this Court for limitation of and/or exoneration from liability as owners and/or operators of the Tug LUTHER (official number 566412), and Barge LAFARGE TRADER (official number 607612) (collectively the "Vessels"), with respect to an incident occurring on October 22, 2024 while the Vessels were in the Pacific Ocean near Neah Bay, Washington; and

ORDER DIRECTING NOTICE AND PUBLICATION TO
INTERESTED PARTIES, AND ENJOINING PROSECUTION OF
CLAIMS - 1
Case No. Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. WHEREAS, Limitation Claimant Michael Fantazia (the captain of the Tug LUTHER at the time of the incident, has a made a claim in the present limitation action.

2. WHEREAS, Limitation Plaintiff states that the value of Vessels was $10,525,000, and

3. WHEREAS, Limitation Plaintiff has arranged for security and will post said security.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Limitation Plaintiff asserts that the value of Vessels was $10,525,000, and has posted a Letter of Undertaking in the amount of $10,525,000 as security for value.

2. Limitation Plaintiff has complied with Supplemental Admiralty Rule F(1) and Local Supplemental Admiralty Rule 120(b) by depositing security for costs in the amount of five hundred dollars ($500), plus interest at the rate of six percent (6%) from the date of security.  This ruling is WITHOUT PREJUDICE to the due appraisal of Limitation Plaintiff interest in the Vessel, and any claimant's demand that the deposit or security be increased in accordance with Supplemental Admiralty Rule F(7);

3. Under Supplemental Admiralty Rule F(3), the prosecution of any and all suits, actions or proceedings of any nature or description whatsoever against Limitation Plaintiff, its agents, servants or employees or against the Vessels, except in the present proceeding, in respect of any claim arising out of, occasioned by, consequent upon or otherwise connected with the aforesaid incident, or arising during the voyage upon which the Vessels were then engaged, are HEREBY STAYED AND RESTRAINED until such time as the Court determines whether to dissolve the injunction. Limitation Plaintiff is ORDERED to serve a copy of this Order on the persons and other legal entities to be

ORDER DIRECTING NOTICE AND PUBLICATION TO
INTERESTED PARTIES, AND ENJOINING PROSECUTION OF
CLAIMS - 2
Case No. Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

restrained, or their attorneys;

4.  In accordance with Supplemental Admiralty Rule F(4) and Local Supplemental Admiralty Rule 150, Limitation Plaintiff shall publish a copy of the following notice in the Seattle Daily Journal of Commerce for four consecutive weeks starting the week of October 27, 2025, in substantially the form set forth below:

> **Notice to Interested Parties**: Salmon Bay Barge Line, Inc., owner and/or operator of the Tug LUTHER, official number 566412, an approximately 104.6 foot towing vessel of 158 gross tons, and Barge LAFARGE TRADER, official number 607612, an approximately 310.0 foot barge of 7,237 gross tons (collectively the "Vessels") filed a Complaint pursuant to the Limitation of Liability Act, 46 U.S.C. § 30510 et seq., claiming the right to exoneration from and/or limitation of liability for all claims against it for injury, death, or other damage resulting from an incident occurring on October 22, 2024, in which due to sea conditions and water ingress in the lazarette space aboard the Tug LUTHER, the crew of the Tug LUTHER disconnected the tow line to the Barge LAFARGE TRADER while being operated upon the navigable waters of the Pacific Ocean off the coast of Washington near Neah Bay.
>
> Any person or legal entity who has or may have such a claim must, on or before November 21, 2025, file it with the Clerk of Court, U.S. Federal District Court, Western District of Washington at Seattle, under the title "In re Salmon Bay Barge Line, Inc." and Cause No. 2:25-cv-01703-KKE. Any such claim must comply with the requirements of Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure. A copy must also be served on or mailed to the plaintiffs' attorneys, Michael A. Barcott and Daniel P. Barcott, HOLMES WEDDLE & BARCOTT, 3101 Western Ave, Suite 500, Seattle, WA 98121.
>
> Any claimant who desires to contest Salmon Bay Barge Line, Inc's, right to exoneration from and/or limitation of liability shall file and serve an answer to the Complaint in the above-referenced matter on or before November 21, 2025, unless such answer is included in the claim. This notice is published pursuant to the order of said Court,

ORDER DIRECTING NOTICE AND PUBLICATION TO INTERESTED PARTIES, AND ENJOINING PROSECUTION OF CLAIMS - 3
Case No. Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Honorable Kymberly K. Evanson, dated October 21, 2025, and Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims.

5. Limitation Plaintiff shall, not later than the day of the second publication required in paragraph (4) above, mail copies of the Complaint and this Order to: (1) the last known address of those persons who are reported to have been injured as set forth in the Complaint, and to any attorneys known to represent them; and (2) to such other persons and other legal entities as are known to have any claim against the Limitation Plaintiff or the Vessels and to any attorney known to represent them.

DATED this 21st day of October, 2025

_____
Kymberly K. Evanson
United States District Judge

ORDER DIRECTING NOTICE AND PUBLICATION TO INTERESTED PARTIES, AND ENJOINING PROSECUTION OF CLAIMS - 4
Case No. Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289