1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALMON BAY BARGE LINE INC., | CASE NO. C25-1703-KKE |
| Limitation Plaintiff(s), | ORDER DIRECTING CLERK TO SET NEW INITIAL CASE DEADLINES |
| v. | |
| MICHAEL FANTAZIA, | |
| Limitation Claimant(s). | |

On September 11, 2025, the Court issued an order setting initial deadlines in this case, and directed the parties—Limitation Plaintiff Salmon Bay Barge Line, Inc. ("Limitation Plaintiff") and Limitation Claimant Michael Fantazia ("Limitation Claimant")—to file a joint status report by October 23, 2025. Dkt. No. 6. On October 2, 2025, Limitation Plaintiff and Limitation Claimant filed a stipulated motion for an order directing notice and publication to potential additional claimants, which the Court granted. Dkt. Nos. 10, 12. In relevant part, that order set November 21, 2025 as the deadline for additional claimants to join this action. Dkt. No. 12 at 3. The deadline for additional claimants to join this limitation action has now passed, and no additional claims have been filed.

To date, the original parties to this action have neither filed a joint status report as required by this Court's prior order (Dkt. No. 6), nor have they requested an extension of the joint status report deadline. Because all claimants against Limitation Plaintiff are now set, the Court directs

ORDER DIRECTING CLERK TO SET NEW INITIAL CASE DEADLINES - 1

the Clerk to set new initial case deadlines.  The parties are advised that failure to timely adhere to

future case deadlines may result in dismissal of this action.

Dated this 12th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING CLERK TO SET NEW INITIAL CASE DEADLINES - 2