UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALMON BAY BARGE LINE INC., | CASE NO. C25-1703-KKE |
| Plaintiff(s), | ORDER GRANTING JOINT MOTION FOR RECONSIDERATION |
| v. | |
| MICHAEL FANTAZIA, | |
| Defendant(s). | |

The Court previously denied Limitation Plaintiff's motion for entry of default "against any and all potential claimants who did not file claims by the November 21, 2025 deadline," finding Limitation Plaintiff failed to cite authority supporting its request to enter default against parties that, on its statement of the facts, did not exist. *See* Dkt. No. 19. Now before the Court is the parties' joint motion for reconsideration of that order. Dkt. No. 20. In support of their joint motion for reconsideration, the parties provide authority for entry of default in limitation actions such as this one. *See* Dkt. No. 21.

As such, the Court GRANTS the parties' joint motion for reconsideration (Dkt. No. 21) and STRIKES its prior order denying entry of default (Dkt. No. 20). The Court GRANTS Limitation Plaintiff's motion for entry of default (Dkt. No. 17). It is ORDERED that all claimants who have not appeared and timely filed answers and/or claims by November 21, 2025, in the

ORDER GRANTING JOINT MOTION FOR RECONSIDERATION - 1

above-captioned action are in default.  It is further ORDERED that all persons in default in this action are barred from filing any Answers and Claims in this proceeding.

Dated this 16th day of January, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge