THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN THE MATTER OF THE COMPLAINT OF SALMON BAY BARGE LINE, INC., AS OWNERS AND/OR OPERATORS OF THE TUG LUTHER OFFICIAL NUMBER 566412, AND THE BARGE LAFARGE TRADER OFFICIAL NUMBER 607612 FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:25-cv-01703-KKE<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| --- | --- |

THIS MATTER comes before the Court on Limitation Plaintiff Salmon Bay Barge Line, Inc.'s Motion for Entry of Default Judgment against all claimants who failed to appear or file claims in this action by the Court-ordered deadline. The Court has reviewed the Motion, the supporting declarations, the record in this case, and the applicable law, and finds as follows:

1.      This limitation action was properly initiated pursuant to 46 U.S.C. § 30501 et seq. and Supplemental Rule F of the Federal Rules of Civil Procedure.

2.      On October 21, 2025, the Court entered its Order Directing Notice and Publication to Interested Parties and Enjoining Prosecution of Claims, which established November 21, 2025 as the deadline for filing claims and answers in this action.

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** – Page **1** of **5**
Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

3. Limitation Plaintiff fully complied with all notice and publication requirements of Supplemental Rule F and the Court's orders.

4. Only one claimant, Michael Fantazia, timely filed a claim in this action. No other person or entity filed a claim, answer, or request for extension by the November 21, 2025 deadline.

5. On January 16, 2026, the Court entered an Order determining that all non-appearing claimants were in default.

6. Limitation Plaintiff now seeks default judgment against all non-appearing claimants pursuant to Federal Rule of Civil Procedure 55(b) and Supplemental Rule F.

7. Limitation Plaintiff seeks declaratory relief only and does not seek monetary damages from any defaulted claimant.

8. Entry of default judgment is appropriate under Rule 55(b), Supplemental Rule F, and the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).

**IT IS HEREBY ORDERED:**

1. Limitation Plaintiff's Motion for Entry of Default Judgment is hereby **GRANTED**.

2. Default judgment is entered in favor of Limitation Plaintiff Salmon Bay Barge Line, Inc. and against all persons or entities who failed to file a claim or answer in this action by November 21, 2025.

3. All such non-appearing claimants are forever barred, estopped, and enjoined from asserting any claim, demand, or cause of action against Limitation

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** – Page **2** of **5**
Case No. 2:25-cv-01703-KKE

Plaintiff, the T/V LUTHER, or the Barge LAFARGE TRADER arising out of or relating to the incident alleged in this limitation action.

4. This Order does not affect the rights, claims, or defenses of the appearing claimant, Michael Fantazia.

5. The Clerk is directed to enter the accompanying Default Judgment.

SO ORDERED this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** – Page **3** of **5**
Case No. 2:25-cv-01703-KKE

Presented By:

HOLMES WEDDLE & BARCOTT, P.C.

_____

Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, Washington 98121
Telephone: 206-292-8008
Facsimile: 206-340-0289
Email: mbarcott@hwb-law.com
        dbarcott@hwb-law.com
Attorneys for Limitation Plaintiffs

**ORDER GRANTING MOTION FOR ENTRY OF
DEFAULT JUDGMENT** – Page **4** of **5**
Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 22nd day of January, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorney for Claimant Michael Fantazia*
Nigel T. Stacey, WSBA #55458
STACEY & JACOBSEN, PLLC
4039 21st Ave W, #401
Seattle, WA 98199
206-282-3100
nstacey@maritimelawer.us

Holly H. Mote

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** – Page **5** of **5**
Case No. 2:25-cv-01703-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289