*The Honorable Kymberly K. Evanson*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: SALMON BAY BARGE LINE, INC.

IN ADMIRALTY

No. 2:25-cv-01703-KKE

**ORDER GRANTING
UNOPPOSED MOTION TO STAY
LIMITATION PROCEEDING AND
PERMIT CLAIMANT FANTAZIA
TO PURSUE STATE COURT
CLAIM UNDER SINGLE-
CLAIMANT EXCEPTION**

THIS MATTER comes before the Claimant Michael Fantazia's Unopposed Motion to Stay Limitation Proceeding and Permit Claimant Fantazia to Pursue State Court Claim Under Single Claimant Exception. The Court has reviewed the Motion, the supporting declaration, the record in this case, and the applicable law, and **IT IS HEREBY ORDERD:**

1.    Claimant Michael Fantazia's Unopposed Motion to Stay Limitation Proceeding and Permit Claimant Fantazia to Pursue State Court Claim Under Single Claimant Exception **IS GRANTED**.

**ORDER GRANTING UNOPPOSED MOTION
TO LIFT STAY AND REMOVE UNDER
SINGLE-CLAIMANT EXCEPTION -** 1
Case No. 2:25-cv-01703-KKE

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

2. Claimant Michael Fantazia is the only claimant in this action.

3. As the sole claimant in this action, Claimant Fantazia has the right to pursue his claim in state court while reserving issues regarding privity of knowledge for this Court. *See Newton v. Shipman*, 718 F.2d 959, 962-63 (9th Cir. 1983). Claimant Fantazia and Limitation Plaintiff have agreed regarding the necessary stipulations to allow Claimant Fantazia to pursue his claim under the single-claimant exception.

4. The stay placed on prosecution of any and all suits against Limitation Plaintiff properly imposed on this Court on October 21, 2025, see ECF No. 12 at 2, is lifted to allow Claimant Fantazia to pursue his claim in state court under the single-claimant exception.

5. This Court maintains exclusive jurisdiction to determine limitation of liability issues. Claimant Fantazia is barred from seeking in any action in any state court any judgment or ruling on the issue of Petitioner Salmon Bay Barge Line, Inc.'s right to limitation of liability.

6. The Parties shall file a joint status report with this Court within thirty days of the conclusion of the state action.

**SO ORDERED** this 5th day of February, 2026.

_____

Kymberly K. Evanson
United States District Judge

**ORDER <u>GRANTING</u> UNOPPOSED MOTION
TO LIFT STAY AND REMOVE UNDER
SINGLE-CLAIMANT EXCEPTION -** 2
Case No. 2:25-cv-01703-KKE

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100